IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Prince, Savannah

Printed: 03/10/09

Case Number: 04 B 35046
Judge: Wedoff, Eugene R
Filed: 9/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 9, 2009
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 34,361.07 |  |
| Secured: |  | 12,697.77 |
| Unsecured: |  | 17,113.89 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,849.41 |
| Other Funds: |  | 0.00 |
| Totals: | 34,361.07 | 34,361.07 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 1,500.00 | 1,500.00 |
| 4. | Chrysler Financial Services Americas LLC | Secured | 11,197.77 | 11,197.77 |
| 5. | Illinois Student Assistance Commission | Unsecured | 5,711.79 | 5,711.79 |
| 6. | Charming Shoppes-Fashion Bug | Unsecured | 806.74 | 806.74 |
| 7. | First Consumers National Bank | Unsecured | 573.82 | 573.82 |
| 8. | Chrysler Financial Services Americas LLC | Unsecured | 10.05 | 10.05 |
| 9. | MRC Receivables Corp | Unsecured | 889.63 | 889.63 |
| 10. | Jefferson Capital | Unsecured | 2,212.48 | 2,212.48 |
| 11. | Lewis University | Unsecured | 1,970.00 | 1,970.00 |
| 12. | Saint Xavier College | Unsecured | 4,939.38 | 4,939.38 |
| 13. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 15. | Newport News | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,511.66 | $ 32,511.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Prince, Savannah

Printed: 03/10/09

Case Number: 04 B 35046
Judge: Wedoff, Eugene R
Filed: 9/21/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 229.26 |
| 4% | 84.59 |
| 3% | 63.46 |
| 5.5% | 348.97 |
| 5% | 105.75 |
| 4.8% | 202.92 |
| 5.4% | 626.51 |
| 6.6% | 187.95 |
|  | $ 1,849.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

